UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Leonardo Jose Munoz, | |
| Plaintiff, | 26CV00004 (AT) (RFT) |
| -against- | **ORDER** |
| Commissioner of Social Security, | |
| Defendant. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

IT IS HEREBY ORDERED that:

| **ACTION** | **DUE DATE** |
|---|---|
| Plaintiff's Motion for Judgment on the Pleadings | JUNE 22, 2026 |
| Government's Opposition and Cross-Motion for Judgment On the Pleadings | SEPTEMBER 10, 2026 |
| Plaintiff's Reply (if any) | SEPTEMBER 24, 2026 |

The Clerk of Court is respectfully requested to terminate ECF 8.

DATED:  March 25, 2026
          New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge