UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEONARDO JOSE MUNOZ,<br>Plaintiff,<br>-against-<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | 26-CV-00004 (AT) (RFT)<br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On March 25, 2026, I extended Plaintiff's deadline to file his reply in further support of his motion for judgment on the pleadings until September 24, 2026. Plaintiff has not yet filed his reply. Accordingly, I am nunc pro tunc extending Plaintiff's deadline to file his reply in further support of his motion of judgment on the pleadings until **September 29, 2026**.

DATED: September 28, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**